STATE OF NEW JERSEY v. CHARLES HENRY HAMMOND.

September 6, 1989.

Petition for certification denied. (See 231 *N.J.Super.* 535).

STATE OF NEW JERSEY v. WILLIAM A. BUGLIONE.

September 6, 1989.

Petition for certification denied. (See 233 *N.J.Super.* 110).

CITY OF ATLANTIC CITY v. POLICEMEN'S BENEVOLENT ASSOCIATION, LOCAL NO. 24.

September 6, 1989.

Petition for certification denied.

FRANCINE D., ET AL. v. THE STATE OF NEW JERSEY, ET AL. AND BOARD OF TRUSTEES, RUTGERS, THE STATE UNIVERSITY, ET AL. AND MARY COMISKY.

September 6, 1989.

Petition for certification denied.